BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
JORDAN NATIONAL SHIPPING LINES
355 Lexington Avenue
New York, New York 10017
212-983-8500



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK
------------------------------------------------------------X
JORDAN NATIONAL SHIPPING LINES,

        Plaintiff,

  -against-

MOUSSALI HOLDING COMPANY,

        Defendant.
------------------------------------------------------------X

07 Civ.

**RULE 7.1 STATEMENT**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff, JORDAN NATIONAL SHIPPING LINES, certifies that there are no corporate parents, subsidiaries, or affiliates of this party which are publicly held.

Dated: New York, New York
       August 3, 2007

                            BROWN GAVALAS & FROMM LLP
                            Attorneys for Plaintiff
                            JORDAN NATIONAL SHIPPING LINES

       By: _____
             Peter Skoufalos (PS-0105)
             355 Lexington Avenue
             New York, New York 10017
             212-983-8500