UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORDAN NATIONAL SHIPPING LINES,<br>Plaintiff,<br><br><br>-V-<br><br><br>MOUSSALI HOLDING COMPANY.<br>Defendants. | **CERTIFICATE OF MAILING**<br><br><br><br><br><br>07 CV 6985 (JGK) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 11th day of March, 2008

I served the

Summons & Verified Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 3rd day of August, 2007

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8614 8774 9420**

CLERK

Dated: New York, NY

# BROWN GAVALAS & FROMM LLP

355 LEXINGTON AVENUE

NEW YORK, NEW YORK 10017

TEL: (212) 983-8500
FAX: (212) 983-5946
www.browngavalas.com
bgmail@browngavalas.com

NEW JERSEY OFFICE

1118 CLIFTON AVENUE
CLIFTON, NJ 07013
TEL: (973) 779-1116
FAX: (973) 779-0739

HARRY A. GAVALAS
(1978-1999)
ROBERT J. SEMINARA
(1987-1999)

March 10, 2008

## BY HAND

United States District Court

---

## FedEx Express — International Air Waybill
For FedEx services worldwide.

**Sender's Copy**

**From** Please print and press hard.

Date 3/10/08  Sender's FedEx Account Number 2409-5949-6

Sender's Name Peter Skoufalos  Phone (212) 983-8500

Company Brown Gavalas + Fromm LLP

Address 355 Lexington Avenue 4th Floor

Address

City New York  State/Province New York

Country  ZIP/Postal Code 10017

**To**

Recipient's Name  Phone

Company Mousali Holding Co.

Address 52 Great Eastern Street  Dept./Floor

Address

City London EC2A 3EP  State/Province

Country United Kingdom  ZIP/Postal Code

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/IN/EIN/ABN, or as locally required.

**Shipment Information** — For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages Shipper's Load and Count/SLAC  Total Weight  lbs.  kg  DIM  / W /  in.  cm

| Commodity Description DETAIL REQUIRED | Harmonized Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| example 1—men's knitted sweater, 100 percent cotton | | | |

COMPLETE IN ENGLISH

EEI/SED been filed in AES? — No EEI/SED required, value $2,500 or less per Sch. B Number, no license required (NLR), not subject to ITAR. / No EEI/SED required, enter exemption number. / Yes—Enter AES proof of filing citation: | Total Declared Value for Carriage — If other than NLR, enter License Exception: | Total Value for Customs (Specify Currency) |

**4  Express Package Service**  Packages up to 150 lbs. / 68 kg
For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill.

☐ FedEx Intl. Priority  ☐ FedEx Intl. First Available to select locations. Higher rates apply.

☐ ___  ☐ FedEx Intl. Economy FedEx Envelope and FedEx Pak rate not available.

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

**5  Packaging**  *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.

☐ FedEx Envelope  ☐ FedEx Pak  ☐ FedEx Box  ☐ FedEx Tube
☐ Other  ☐ FedEx 10kg Box*  ☐ FedEx 25kg Box*

**6  Special Handling**

☐ HOLD at FedEx Location  ☐ SATURDAY Delivery Available to select locations for FedEx Intl. Priority only.

**7a  Payment** Bill transportation charges to:

Enter FedEx Acct. No. or Credit Card No. below.

☐ Sender Acct. No. in Section 1 will be billed.  ☐ Recipient  ☐ Third Party  ☐ Credit Card  ☐ Cash Check/Cheque

FedEx Acct. No.  FedEx Use Only

Credit Card No.

Credit Card Exp. Date

**7b  Payment** Bill duties and taxes to:

ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.

Enter FedEx Acct. No. below.

☐ Sender Acct. No. in Section 1 will be billed.  ☐ Recipient  ☐ Third Party

FedEx Acct. No.

**8  Your Internal Billing Reference**  First 24 characters will appear on invoice.

716.0040

**9  Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

This is not authorization to deliver this shipment without a recipient signature.

For Completion Instructions, see back of fifth page.

FedEx Tracking Number 8614 8774 9420  Form ID No.

521

PART 158410•Rev. Date 4/06 ©1994–2006 FedEx PRINTED IN U.S.A.

0402

Ship and track packages at fedex.com

The terms and conditions of service may vary from country to country. Consult our local office for specific information. Non-Negotiable International Air Waybill • ©1994–2006 FedEx

**Questions? Go to our Web site at fedex.com.**
Or in the U.S., call 1.800.247.4747. Outside the U.S., call your local FedEx office.