UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JORDAN NATIONAL SHIPPING LINES,

                Plaintiff,

      - against -

MOUSSALI HOLDING COMPANY,

                Defendant.

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08

07 Civ. 6985 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Another conference is scheduled for **June 26, 2008 at 4:30**

p.m.


SO ORDERED.

Dated:    New York, New York
         April 22, 2008

                         John G. Koeltl
               United States District Judge