# BROWN GAVALAS & FROMM LLP

355 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017
TEL: (212) 983-8500
FAX: (212) 983-5946
www.browngavalas.com
bgmail@browngavalas.com

**NEW JERSEY OFFICE**

1118 CLIFTON AVENUE
CLIFTON, NJ 07013
TEL: (973) 779-1116
FAX: (973) 779-0739

**MEMO ENDORSED**

HARRY A. GAVALAS
(1978-1999)
ROBERT J. SEMINARA
(1987-1999)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08
```

June 25, 2008

**VIA FACSIMILE**

JUN 25 2008

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
Court Room 12B
New York, New York 10007

Re: Jordan National Shipping Lines v. Moussali Holding Company
07 CV 06985 (JGK)
Our File No.: 716.0040

Dear Judge Koeltl:

We are attorneys for the plaintiff, Jordan National Shipping Lines. We write to respectfully request an adjournment of the status conference scheduled for tomorrow, June 26, 2008, at 4:30 p.m. We last appeared before your Honor on April 21, 2008. The defendant has not appeared in this matter to date.

The reason for this request is that an award is expected soon in the underlying London arbitration. The parties have submitted their evidence in full and the next step is issuance of an award. The tribunal's award will obviously have an effect on plaintiff's need to obtain security through this Rule B action. Therefore, plaintiff will be in a position to evaluate the future of this action only after the tribunal issues its award.

In light of the foregoing, we respectfully request that tomorrow's conference be adjourned for 60 days. We thank the Court for its consideration of this request.

Very truly yours,

BROWN GAVALAS & FROMM LLP

Peter Skoufalos

*Conference adjourned to August 21, 2008 at 4:30 P.M.*
*So ordered.*
*JGKoeltl*
*6/25/08*
*U.S.D.J.*