# BROWN GAVALAS & FROMM LLP

355 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017
TEL: (212) 983-8500
FAX: (212) 983-5946
www.browngavalas.com
bgmail@browngavalas.com

NEW JERSEY OFFICE

1118 CLIFTON AVENUE
CLIFTON, NJ 07013
TEL: (973) 779-1116
FAX: (973) 779-0739

HARRY A. GAVALAS
(1978-1999)
ROBERT J. SEMINARA
(1987-1999)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/08

August 19, 2008

**VIA FACSIMILE**
(212) 805-7912

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Jordan National Shipping Lines v. Moussali Holding Company
07 Civ. 06985 (JGK)
Our File No.: 716.0040

Dear Judge Koeltl:

We represent the plaintiff, Jordan National Shipping Lines, in this Rule B maritime action. We write to respectfully request an adjournment of the status conference scheduled for August 21, 2008, at 4:30 p.m. We last appeared before your Honor on April 21, 2008. The defendant has not appeared in this matter to date.

By way of background, the dispute between the parties arises out of defendant's breach of a maritime contract. Plaintiff commenced this action to obtain security pursuant to Supplemental Rule B for a potential award in London arbitration, where the underlying merits of this case are to be decided. The parties have now made their full submissions to the London arbitration tribunal and are currently awaiting a decision. If the award is not in plaintiff's favor, then the need for security – and this Rule B action – will be obviated. However, until the tribunal makes its decision, plaintiff desires to maintain this action so that it may recommence serving process of maritime attachment upon garnishee banks in the Southern District in the event of a favorable award.



Application denied.
The Court still wishes
to proceed with the Conference.
So Ordered.
8/19/08
[signature] JGKoeltl
USDJ.

**BROWN GAVALAS & FROMM LLP**

The Honorable John G. Koeltl
August 19, 2008
Page 2

    In light of the foregoing, we respectfully request that Thursday's conference be adjourned for 60 days. We thank the Court for its consideration of this request.

                              Very truly yours,

                              **BROWN GAVALAS & FROMM LLP**

                              Peter Skoufalos