UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JORDAN NATIONAL SHIPPING LINES,

                Plaintiff,      07 Civ. 6985 (JGK)

    - against -      ORDER

MOUSSALI HOLDING COMPANY,

                Defendant.

---

[SDNY DOCUMENT ELECTRONICALLY FILED, DOC #: ___, DATE FILED: 08/22/08]

JOHN G. KOELTL, District Judge:

    Another conference is scheduled for **October 30, 2008** at 4:30 p.m.

SO ORDERED.

Dated:    New York, New York
          August 21, 2008

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                  United States District Judge